FILED

JUN - 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:23 CR 00288 |
| EUGENE S. COLBERT, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

**JUDGE RUIZ**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant EUGENE S. COLBERT, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Involuntary Manslaughter and Aggravated Robbery with Firearm Specifications, on or about July 29, 2002, in Case Number CR-01-417823, in the Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model G2c, 9mm caliber semi-automatic pistol, with Serial Number ACH200875, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

    2.    For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant EUGENE S. COLBERT shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation, charged herein.

    A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.